UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES M. CRARY, | CASE NO. C02-623 MJP |
| Plaintiff, | ORDER DENYING MOTION TO REOPEN CASE |
| v. | |
| GOTO MIDOVI, et al., | |
| Defendant. | |

This matter is before the Court on Plaintiff's motion to reopen. (Dkt. No. 20.) The Court DENIES the motion.

This case was opened in 2002. (Dkt. No. 1.) The Court declined to serve Plaintiff's proposed complaint and ordered Plaintiff to amend his complaint to provide a short and plain statement of the claim, identify the defendants, establish federal jurisdiction, and show why venue is proper. (Dkt. No. 1.) In response, Plaintiff submitted letters, none of which remedied these deficiencies, so the Court dismissed the complaint without prejudice for lack of subject-matter jurisdiction under FRCP 12(b)(1) and failure to present a short and plain statement of a claim as required by FRCP 8(a). (Dkt. No. 2.) Plaintiff moved for reconsideration. (Dkt. No.

4.)  But he failed to show any clear error in the Court's order, so the Court denied the motion. (Dkt. No. 7.)  Plaintiff's motion to reopen provides no basis to justify reopening a case that was closed nearly 20 years ago and suffers from the same deficiencies because it does not state a claim for relief or establish a basis for federal jurisdiction.  The Court DENIES the motion.

The clerk is ordered to provide copies of this order to all counsel or parties.

Dated August 27, 2021.

Marsha J. Pechman
United States Senior District Judge

ORDER DENYING MOTION TO REOPEN CASE - 2